UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* Eric Fields, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>THE BI-STATE DEVELOPMENT )<br>AGENCY OF THE MISSOURI-ILLINOIS )<br>METROPOLITAN DISTRICT, et al., )<br> )<br>Defendants. ) | Case No. 4:14 CV 1321 RWS |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant Eager Road Associates, LLC ("Eager Road")'s Motion to Stay Litigation, Motion for Telephonic Hearing on its Motion to Stay Litigation, and defendant Bi-State Development Agency of the Missouri-Illinois Metropolitan District ("Bi-State")'s Motion to Stay Litigation. As of today's date, Plaintiff/Relator Eric Fields has not filed any opposition to the motions to stay, which would have been due under the Court's local rules by October 22, 2015, and October 24, 2015, respectively.

Defendants request that I stay this litigation and any discovery pending resolution of Bi-State's immunity-based appeal to the United States Court of Appeals for the Eighth Circuit. Bi-State's immunity-based appeal has triggered a stay of proceedings under the Collateral Order Doctrine and under this Court's inherent authority to manage its cases. *See Johnson v. Hay*, 931 F.2d 456, 459 (8th Cir. 1991). Additionally, because the claims against Eager Road and Bi-State are inextricably intertwined, allowing the proceedings to move forward between plaintiff/relator and Eager Road would be an inefficient use of the parties' resources and potentially prejudicial to Bi-State. As a result, I will grant the parties' motions to stay all proceedings pending a ruling

on Bi-State's appeal.

Accordingly,

**IT IS HEREBY ORDERED that** defendant Eager Road's motion to stay #[106] and defendant Bi-State's motion to stay #[108] are **GRANTED** pending the Eighth Circuit Court of Appeal's decision in *United States ex rel. Fields v. Bi-State Development Agency, etc.*, Appeal No. 15-3348.

**IT IS FURTHER ORDERED** that Eager Road's motion for a telephonic hearing #[111] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this matter. The parties shall notify the Court of the resolution of Bi-State's appeal within ten (10) days of the date it is released. Further Court action in this matter will be determined after such notice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of October, 2015.