UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* Eric Fields, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14 CV 1321 RWS |
| | ) | |
| THE BI-STATE DEVELOPMENT | ) | |
| AGENCY OF THE MISSOURI- | ) | |
| ILLINOIS METROPOLITAN | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendant Eager Road Associates, LLC ("Eager Road") moves for a protective order to limit the scope of its principal, Don Musick's, deposition by plaintiff Eric Fields. It also moves to quash Fields' request that Musick produce documents at his deposition. Counsel for Eager Road certifies that he has met and conferred with counsel for Fields in an attempt to resolve this dispute without court intervention, but that attempt has been unsuccessful.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing is scheduled in this matter on **Wednesday, October 18, at 3:00 pm** in Courtroom 16-South.

**IT IS FURTHER ORDERED** that plaintiff's deposition of Don Musick

scheduled for Tuesday, October 17, is **VACATED** and shall be rescheduled by parties for a date following the Wednesday, October 18 hearing.

                                                              _____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2017.